IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY WARD, #130924, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:03cv24-A |
| | ) |
| CHERYL PRICE, WARDEN, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

**ORDER**

On 19 May 2005, the Magistrate Judge filed a Recommendation (Doc. #13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the petition for habeas corpus relief filed by Petitioner Gregory Ward is DENIED and DISMISSED with prejudice.

Done this the 28th day of June, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE